# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Sonesta International Hotels Corporation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  9:18-cv-01726-RMG |
| Health Institute of Hilton Head LLC | ) | |
| *Defendant* | ) | |

## DEFAULT JUDGMENT IN A CIVIL ACTION

The court has ordered that

■ the plaintiff Sonesta International Hotels Corporation recover from the defendant Health Institute of Hilton Head LLC the amount of Five Hundred Ninety-Four Thousand Sixty-Eight and 68/100 dollars (**$594,068.68**), through November 30, 2018 plus per diem interest of **$263.57** in December until entry of judgment, plus costs of this action, **$1,033.75**, plus post-judgment interest accrued at the rate of 2.67%.

This action was

■ decided by the Honorable Richard M. Gergel, United States District Judge

Date:   December 3, 2018                              *CLERK OF COURT*   Robin L. Blume

                                                                                          s/S. Shealy

                                                                              *Signature of Clerk or Deputy Clerk*